**FILED**
November 20, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: NM
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **DANIEL EDUARDO ATENCIA-BARRAZA,** | § | |
| **Petitioner,** | § | |
| **v.** | § | **NO. SA-26-CV-1427-OLG** |
| **WARDEN BOBBY THOMPSON *et al.*,** | § | |
| **Respondents.** | § | |

**DISMISSAL ORDER**

Before the Court is the second Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 by Petitioner Daniel Eduardo Atencia-Barraza. (Dkt. No. 1.) Upon review, the Court finds that the Petition should be and hereby is **DISMISSED WITHOUT PREJUDICE** without service on Respondents.

The Court previously ordered that Petitioner, an applicant for admission mandatorily detained under § 1225(b), be given a bond hearing on due process grounds. (*See* Dkt. No. 1 at 6); No. 26-CV-424-OLG.The Court can review neither the adequacy nor the results of that hearing. *See* 8 U.S.C. § 1226(e). And the Court cannot conclude that Petitioner is entitled to any further relief, as Petitioner has already received more process than is due. *See Sosnava-Rodriguez v. Vergara*, --- F.4th ---, 2026 WL 3181188, at *5 (5th Cir. 2026) (en banc) ("[D]ue process does not entitle [applicants for admission] to additional proceedings beyond what Congress has provided before they may be detained pending removal.").

Respondents' Motion to Dismiss (Dkt. No. 8) and Petitioner's pro se motion to terminate counsel's appearance (Dkt. No. 11) are therefore **DISMISSED AS MOOT**.

It is so **ORDERED**.

The Clerk is directed to **CLOSE** this case upon the entry of this Order.

**SIGNED** on November 20, 2026.

ORLANDO L. GARCIA
United States District Judge